IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

NATHANIEL T. PEOPLES,

      Appellant,

v.

      Case No. 5D21-3182
      LT Case No. 2020-102191-CFDL

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 1, 2022

Appeal from the Circuit Court
for Volusia County,
Dawn D. Nichols, Judge.

Matthew J. Metz, Public Defender, and
George D.E. Burden, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EISNAUGLE and HARRIS, JJ., concur.